AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**AUG 24 2015**

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| FREDDIE LEE EZEKIEL | |

Case No.  4:09CR00075-01 BSM

USM No. 24799-009

Latrece Gray
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  Std., Gen., Std., Spec.  of the term of supervision.

☑ was found in violation of condition(s)  General  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 Standard (2) | Failure to submit truthful and complete written report to probation officer | 05/14/2015 |
| 2 General | Unlawfully possess a controlled substance | |
| 3 Standard (7) | Failure to refrain from any use of a controlled substance | 07/22/2015 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 0299

Defendant's Year of Birth: 1980

City and State of Defendant's Residence:
North Little Rock, Arkansas

08/20/2015
_____
Date of Imposition of Judgment

*August 24, 2015*
Signature of Judge  Date

BRIAN S. MILLER ,        U. S.   DISTRICT JUDGE
Name and Title of Judge

Date  Signature

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page   2   of    3

DEFENDANT: FREDDIE LEE EZEKIEL
CASE NUMBER:  4:09CR00075-01 BSM

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 4 Special (1) | Failure to participate in a substance abuse treatment program | 07/10/2015 |
| 5 General | Failure to refrain from committing another crime | 07/07/2015 |

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page ___3___ of ___3___

DEFENDANT: FREDDIE LEE EZEKIEL
CASE NUMBER: 4:09CR00075-01 BSM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total
total term of :

TWENTY-FOUR (24) MONTHS IMPRISONMENT TO RUN CONSECUTIVE TO THE UNDISCHARGED SENTENCE IN
4:15CR00147 WITH NO SUPERVISED RELEASE TO FOLLOW.

☑  The court makes the following recommendations to the Bureau of Prisons:

Ezekiel shall partiicipate in residential substance abuse treatment and mental health treatment during incarceration

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

☐  at _____  ☐  a.m.   ☐  p.m.   on _____ .

☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐  before 2 p.m. on _____ .

☐  as notified by the United States Marshal.

☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____  to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL